Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−10475−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Joseph Hofer
   1748 Hillwood Road
   Forked River, NJ 08731

Social Security No.:
   xxx−xx−3361

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           3/15/17
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 25, 2017
JAN: wdr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-10475-CMG
John Joseph Hofer                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 25, 2017
                              Form ID: 132             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2017.
```
db          +John Joseph Hofer,    1748 Hillwood Road,    Forked River, NJ 08731-3935
516586221    B&B Collections, Inc.,    P.O. Box 2137,    Toms River, NJ 08754-2137
516586222   +Celetano, Stadtmauer & Walentowicz,    1035 Route 46 East,    Clifton, NJ 07013-7481
516586226   +Elevate Recoveries,    PO Box 260804,    Plano, TX 75026-0804
516586227   +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516586228   +Foreclosure Processing Services,    Superior Court Clerk,    PO Box 971,    Trenton, NJ 08625-0971
516586231   +Kimball Emergency Med Assoc,    Po Box 417442,    Boston, MA 02241-7442
516586232   +Mazzoni Law Firm,    1170 East Landis,    Vineland, NJ 08360-4216
516586237   +OMS/Manahawkin Urgent Care,    712 E Bay Ave., Suite 22B,    Manahawkin, NJ 08050-3447
516586234   +Ocean Orthopedic Assoc.,    530 Lakehurst Rd., 1st Floor,    Toms River, NJ 08755-8063
516586235   +Ocean Orthopedic Associates, PA,    530 Lakehust Road, 1st Floor,    Toms River, NJ 08755-8063
516586238   +Phelan Hallinan Diamond and Jones, PC,    400 Fellowship Road,    Suite 100,
              Mount Laurel, NJ 08054-3437
516586239   +Prabhat Das, MD,    1398 Cabernet Court,    Toms River, NJ 08753-2760
516586241  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Department of the Treasury,
              Division of Taxation,    P.O. Box 187,    Trenton, NJ 08695-0187)
516586242    The Urgent Care Group,    Po Box 8594,    Belfast, ME 04915-8594
516586243   +Tidal Emergency Physicals,    P.O. Box 41433,    Philadelphia, PA 19101-1433
516586245    United Telemanagement Corp.,    Community Medical Center Billing Dept.,    P. O. Box 711943,
              Cincinnati, OH 45271-1943
516586246   +Wfds/wds,    Po Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2017 23:13:00     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2017 23:12:57     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516586223   +E-mail/Text: bankruptcy@certifiedcollection.com Jan 25 2017 23:12:45
              Certified Credit & Collection,    P.O. Box 336,    Raritan, NJ 08869-0336
516586225    E-mail/Text: ebn@barnabashealth.org Jan 25 2017 23:13:24     Community Medical Center,
              P.O. Box 903,    Oceanport, NJ 07757-0903
516586224   +E-mail/Text: ebn@barnabashealth.org Jan 25 2017 23:13:24     Community Medical Center,
              P.O. Box 29969,    New York, NY 10087-9969
516586229    E-mail/Text: cio.bncmail@irs.gov Jan 25 2017 23:12:33     Internal Revenue Service,
              Special Procedures,    Bankruptcy Section,    P.O. Box 724,    Springfield, NJ 07081
516586230   +E-mail/Text: JSUMCbankruptcy@meridianhealth.com Jan 25 2017 23:13:42
              Jersey Shore University Medical Center,    Meridian Health Pt Pymt,    PO Box 417140,
              Boston, MA 02241-7140
516586233   +E-mail/Text: Meridianbankruptcy@meridianhealth.com Jan 25 2017 23:13:42
              Meridan Health Pt Pymt,    Po Box 417140,    Boston, MA 02241-7140
516586236   +Fax: 407-737-5634 Jan 26 2017 01:21:47      Ocwen Loan Servicing,    1661 Worthington Road,
              Suite 100,    West Palm Beach, FL 33409-6493
516586240   +E-mail/Text: bankruptcy@bbandt.com Jan 25 2017 23:12:49     Sheffield Financial Co,
              2554 Lewisville Clemmons,    Clemmons, NC 27012-8110
516586244   +E-mail/Text: bankruptcydepartment@tsico.com Jan 25 2017 23:13:47     Transworld Systems,
              PO Box 15270,    Wilmington, DE 19850-5270
                                                                                                TOTAL: 11
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 25, 2017
                              Form ID: 132             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor John Joseph Hofer bkwoliver@aol.com
                                                                                          TOTAL: 3
```