| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2017 to 02/20/2018
**Chapter 13 Case No. 17-10475 / CMG**

John Joseph Hofer
1748 Hillwood Road
Forked River  NJ    08731

Petition Filed Date: 01/10/2017
341 Hearing Date: 02/16/2017
Confirmation Date: 07/19/2017

Case Status: Open / Confirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/06/2017 | $500.00 | 17503649605 | 02/06/2017 | $206.00 | 17503649606 | 03/07/2017 | $400.00 | 17503649710 |
| 03/07/2017 | $306.00 | 17503649711 | 04/06/2017 | $306.00 | 17503649827 | 04/06/2017 | $400.00 | 17503649826 |
| 05/08/2017 | $306.00 | 17550928254 | 05/08/2017 | $400.00 | 17550928253 | 06/06/2017 | $400.00 | 17585511209 |
| 06/06/2017 | $306.00 | 17585511210 | 07/05/2017 | $400.00 | 17585511301 | 07/05/2017 | $306.00 | 17585511302 |
| 08/07/2017 | $314.00 | 17585522519 | 08/07/2017 | $400.00 | 17585522518 | 09/06/2017 | $400.00 | 17585522550 |
| 09/06/2017 | $314.00 | 17585522551 | 10/06/2017 | $400.00 | 17640206019 | 10/06/2017 | $314.00 | 17640206020 |
| 11/07/2017 | $314.00 | 17640206116 | 11/07/2017 | $400.00 | 17640206115 | 12/07/2017 | $314.00 | 17640206220 |
| 12/07/2017 | $400.00 | 17640206219 | 02/09/2018 | $400.00 | 17640206302 | 02/09/2018 | $314.00 | 17640206303 |
| 02/09/2018 | $300.14 | 17585522774 | 02/09/2018 | $14.00 | 17585522775 | 02/09/2018 | $400.00 | 17585522773 |

**Total Receipts for the Period:  $9,234.14    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,234.14**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | John Joseph Hofer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ATTY DISCL | Attorney Fees | $1,410.00 | $1,410.00 | $0.00 |
| 1 | SHEFFIELD FINANCIAL<br>»»  2015 CAN AM ATV | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  TIDAL | Unsecured Creditors | $314.42 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2013-2016 | Priority Crediors | $11,231.37 | $0.00 | $11,231.37 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2011 | Unsecured Creditors | $1,156.40 | $0.00 | $0.00 |
| 5 | PREMIER ORTHOPAEDIC ASSOCIATES | Unsecured Creditors | $1,670.00 | $0.00 | $0.00 |
| 6 | WELLS FARGO DEALER SERVICES<br>»»  2011 GMC SIERRA/CRAM | Debt Secured by Vehicle | $25,727.40 | $5,916.93 | $19,810.47 |
| 7 | NJ DIVISION OF TAXATION<br>»»  TGI 2015 | Priority Crediors | $123.72 | $0.00 | $123.72 |
| 8 | NJ DIVISION OF TAXATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | SYNCHRONY BANK<br>»»  LOWES | Unsecured Creditors | $626.77 | $0.00 | $0.00 |
| 10 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $233.56 | $0.00 | $0.00 |
| 11 | CAVALRY SPV I, LLC<br>»»  2017 YAMAHA | Secured Creditors | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>»»  P/1748 HILLWOOD RD/1ST MTG | Mortgage Arrears | $167,768.95 | $0.00 | $167,768.95 |
| 13 | BANK OF AMERICA, NA<br>»»  LIEN VOIDED/J-330190-2008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | BANK OF THE WEST<br>»»  LIEN VOIDED/ J-249322-2009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | NEW CENTURY FINANCIAL<br>»»  LIEN VOIDED/DJ-110135-2011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | MOTOR VEHICLE COMM<br>»»  LIEN VOIDED/DJ-106528-2012 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | FIRST RESOLUTION INVESTMENT CO<br>»»  LIEN VOIDED/DJ-085319-2013 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/20/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,234.14 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $7,326.93 | Current Monthly Payment: | $714.00 |
| Paid to Trustee: | $571.90 | Arrearages: | ($0.14) |
| Funds on Hand: | $1,335.31 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**